IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS LAWSON<br><br>Plaintiff,<br><br>v.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC,<br><br>Defendant. | CIVIL ACTION<br>NO. 23-5124 |

## ORDER

**AND NOW**, this 13th day of August 2024, upon consideration of Defendant's Motion to Dismiss the Amended Complaint (Doc. No. 10) and Plaintiff's Response in Opposition (Doc. No. 11), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion to Dismiss (Doc. No. 10) is **DENIED.** Defendant shall file an answer to the Amended Complaint (Doc. No. 8) by August 27, 2024.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J